1  BRUCE SAMUELS, ESQ.
   Arizona Bar No. 15996
2  Admitted *Pro Hac Vice*
   THOMAS G. RYAN, ESQ.
3  Nevada Bar No. 9378
   DARREN BRENNER, ESQ.
4  Nevada Bar No. 8386
   LEWIS AND ROCA LLP
5  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada  89169
6  (702) 949-8200
7  (702) 949-8398 (fax)
   *Attorneys for Defendant and Counterclaimants*
8

9                UNITED STATES DISTRICT COURT

10                    DISTRICT OF NEVADA

11 | HERNI THOMPSON, individually; JAMES MILLER, individually; | Case No.: 2:09-cv-00905-JCM-RJJ
12 |
13 | Plaintiffs, vs. | **STIPULATION AND ORDER TO AMEND CAPTION**
14 | AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation; Doe Individuals 1 to 10 and Roe Entities 1 to 10;
15 |
16 |
17 | Defendants.
18 | AMERICAN FAMILY MUTUAL INSURANCE COMPANY, AMERICAN FAMILY LIFE INSURANCE COMPANY, and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, Wisconsin mutual insurance companies,
19 |
20 |
21 |
22 | Counterclaimants, vs.
23 |
24 | HERNI THOMPSON and SHAUN WHITE, a married couple, JAMES MILLER and NOEMI MILLER, a married couple, and HERNI S. THOMPSON AGENCY, INC., a Nevada corporation,
25 |
26 |
27 | Counterdefendants.
28

-1-

The parties to this matter stipulate and agree that:

1. The parties stipulate and agree that no claims are pending against Shaun White and Naomi Miller in this matter;

2. The caption shall hereafter be amended to remove the names of Shaun White and Naomi Miller; and

3. The "Motion to Dismiss Counterclaim Against Shawn White and Noemi Miller," Doc. No. 143 is moot, each party to bear their own costs and fees.

DATED this 29 day of June, 2010.

PARKER, NELSON & ASSOCIATES

By: _____
THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
*Attorney for the Plaintiffs and Counterdefendants*

LEWIS AND ROCA LLP

By: _____
DARREN BRENNER, ESQ.
Nevada Bar No. 8386
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant and Counterclaimants*

**ORDER**

IT IS SO ORDERED.

Dated: July 19, 2010.

_____
U.S. DISTRICT COURT JUDGE

-2-