UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HENRI THOMPSON, etc., *et al.*, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN FAMILY MUTUAL ) <br> INSURANCE COMPANY, etc., *et al.*, ) <br> ) <br> Defendant, ) <br> ) <br> AND RELATED COUNTERCLAIM. ) <br> ) | 2:09-cv-905-JCM-RJJ <br><br> O R D E R |

IT IS HEREBY ORDERED that the parties shall file a joint Status Report on or before October 18, 2010.

IT IS FURTHER ORDERED that the joint Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding; and,

3. Shall provide a proposed schedule for the completion of all remaining discovery.

DATED this  5th   day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge