UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HENRI THOMPSON, etc., *et al.*, </br>          Plaintiff, </br> vs. </br> AMERICAN FAMILY MUTUAL </br> INSURANCE COMPANY, etc., *et al.*, </br>          Defendant, | 2:09-cv-905-JCM-RJJ </br></br> O R D E R |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Emergency Motion For Discovery Conference (#181).

The Court having reviewed the Motion (#181), the Response (#182) and the Reply (#185) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion For Discovery Conference (#181) is GRANTED in that **a hearing is scheduled for June 3, 2011, at 3:30 PM on the following**:

1. American Family's Motion to Extend Deadlines (#175);
2. Motion for Protective Order (#187);
3. Stipulation to Depose Terrence Clauretie After the Close of Discovery (#195);
4. American Family's Motion for Sanctions Due to Counterdefendants' Spoliation of Electronically Stored Information (#197); and,
5. Motion to Take Deposition Outside of Discovery Period (#199).

1   The hearing will be held in Courtroom 3D, 3d floor, Lloyd D. George United States
2   Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.
3   DATED this  17th  day of May, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge