1

2

3

4                       UNITED STATES DISTRICT COURT

5                             DISTRICT OF NEVADA

6                                    * * *

7

8    HERNI THOMPSON, *et al.*,            )
                                          )
9                        Plaintiffs,      )        2:09-CV-00905-JCM-RJJ
                                          )
10   vs.                                  )
                                          )
11   AMERICAN FAMILY MUTUAL               )
     INSURANCE COMPANY, *et al.*,         )              ORDER
12                                        )
                         Defendants.      )
13   _____)
     AND RELATED COUNTERCLAIM.            )
14   _____)

15          This matter was submitted to the undersigned Magistrate Judge on Defendant American

16   Family's Motion for Contempt and Sanctions (#174) filed February 16, 2011, Plaintiffs'

17   Countermotion for Sanctions (#178) filed March 1, 2011, and American Family's Motion for

18   Sanctions Due to Counterdefendants' Spoliation of Electronically Stored Information (#197)

19   filed March 31, 2011.

20          The Court having reviewed the foregoing motions, and good cause appearing therefore,

21          IT IS HEREBY ORDERED that Defendant American Family's Motion for Contempt and

22   Sanctions (#174), Plaintiffs' Countermotion for Sanctions (#178), and American Family's

23   Motion for Sanctions Due to Counterdefendants' Spoliation of Electronically Stored Information

24   (#197) are **DENIED AS MOOT** because the court has granted Defendant's Motion for

25   Summary Judgment against Plaintiff, Thompson.  See, Order #238.

26    Dated: September 2, 2011.

27

28                                           _____
                                             ROBERT J. JOHNSTON
                                             United States Magistrate Judge