UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HERNI THOMPSON, *et al.*, | )<br>) |
| Plaintiffs, | ) 2:09-CV-00905-JCM-RJJ<br>) |
| vs. | )<br>) |
| AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY, *et al.*, | )<br>) ORDER<br>) |
| Defendants. | ) |
| AND RELATED COUNTERCLAIM. | )<br>) |

This matter was submitted to the undersigned Magistrate Judge on Defendant American Family's Motion for Contempt and Sanctions (#174) filed February 16, 2011, Plaintiffs' Countermotion for Sanctions (#178) filed March 1, 2011, and American Family's Motion for Sanctions Due to Counterdefendants' Spoliation of Electronically Stored Information (#197) filed March 31, 2011.

The Court having reviewed the foregoing motions, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant American Family's Motion for Contempt and Sanctions (#174), Plaintiffs' Countermotion for Sanctions (#178), and American Family's Motion for Sanctions Due to Counterdefendants' Spoliation of Electronically Stored Information (#197) are **DENIED AS MOOT** because the court has granted Defendant's Motion for Summary Judgment against Plaintiff, Thompson. See, Order #238.

Dated: September 2, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge