AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Thompson et al

            Plaintiffs,

V.

American Family Mutual Insurance Company

            Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-00905-JCM -RJJ

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

    IT IS ORDERED AND ADJUDGED

that attorneys fees are awarded to defendants and counterclaimants American Family and against Plaintiff James Miller in the amount of $125,000.00.

October 5, 2011                                      /s/ Lance S. Wilson

Date                                                   Clerk

                                                           /s/ Erin Smith

                                                           (By) Deputy Clerk