**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HERNI THOMPSON, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | 2:09-CV-905 JCM (RJJ) |

**ORDER**

Presently before the court is American Family Mutual Insurance Company's motion to stay the deadline to file a proposed joint pretrial order pending the resolution of a motion seeking terminating sanctions. (Doc. #252). Plaintiff has not replied.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that American Family's motion to stay the deadline to file a proposed joint pretrial order be, and the same hereby is, GRANTED.

IT IS THEREFORE ORDERED that the parties shall have until thirty days after motion to reconsider the order on terminating sanctions is decided to file a proposed joint pretrial order.

DATED this 16$^h$ day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**