# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HERNI THOMPSON, et al., | 2:09-CV-905 JCM (NJK) |
| Plaintiffs, | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, et al., | |
| Defendants. | |

### ORDER

Presently before the court is defendants/counterclaimants', American Family Life Insurance Company, American Family Mutual Insurance Company, American Standard Insurance Company of Wisconsin, and American Family Mutual Insurance Company, motion to vacate pretrial order deadline. (Doc. # 304). No response or reply has been filed.

The parties have filed a notice of settlement (doc. # 303), and now move the court to vacate the pretrial order deadline. The court will not vacate the deadline. When the parties file a case-concluding stipulation or proposed order, then the pretrial order deadline will automatically vacate.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants/counter-
3  claimants' motion to vacate the pretrial order deadline (doc. # 304) be, and the same hereby, is
4  DENIED.

5  DATED March 21, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -