BRUCE SAMUELS (Ariz. Bar 15996)
Admitted *Pro Hac Vice*
LINDSAY DEMAREE (Nev. Bar 11949)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)
*Attorneys for Defendant and Counterclaimants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HERNI THOMPSON, individually; JAMES MILLER, individually;<br><br>Plaintiffs,<br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation; Doe Individuals 1 to 10 and Roe Entities 1 to 10;<br><br>Defendants.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, AMERICAN FAMILY LIFE INSURANCE COMPANY, and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, Wisconsin mutual insurance companies,<br><br>Counterclaimants,<br>vs.<br><br>HERNI THOMPSON, JAMES MILLER, and HERNI S. THOMPSON AGENCY, INC., a Nevada corporation,<br><br>Counterdefendants. | Case No.: 2:09-cv-00905-JCM-NJK<br><br>**STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST HERNI THOMPSON AND HERNI S. THOMPSON AGENCY, INC.** |

Plaintiff and Counterclaim Defendants Herni Thompson and Herni S. Thompson Agency, Inc., as well as Defendant and Counterclaim Plaintiffs American Family Mutual Insurance Company, American Family Life Insurance Company, and American Standard Insurance Company of Wisconsin (hereinafter collectively referred to as "the Parties"), have reached a settlement. The settlement includes the entry of a Stipulated Final Judgment and Permanent Injunction, a copy of which is attached hereto as Exhibit A. The Parties therefore stipulate entry

-1-

of the attached order, thereby terminating the claims brought by Herni Thompson, and the counterclaims filed against Herni Thompson and Herni S. Thompson Agency, Inc.

DATED this 29th day of March, 2012.

    Respectfully submitted,

    LEWIS AND ROCA LLP

    By /s/Lindsay Demaree
       BRUCE SAMUELS (Ariz. Bar 15996)
       Admitted *Pro Hac Vice*
       LINDSAY DEMAREE (Nev. Bar 11949)
       3993 Howard Hughes Parkway, Suite 600
       Las Vegas, Nevada 89169
       *Attorneys for Defendant and*
       *Counterclaimants*

    HAWKINS, BOLEY & ALDABBAGH

    By /s/R.E. Hawkins
       RICHARD E. HAWKINS
       3143 Industrial Road
       Las Vegas, Nevada 89109
       *Attorneys for Plaintiffs*
       *and Counterdefendants*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Lewis and Roca LLP and that on the 29th day of March, 2013, a true and correct copy of the foregoing was served on the parties to this case through electronic transmission of the Notice of Electronic Filing, which constitutes service of a document on Filing Users under the Court's Electronic Fling Procedures to all parties to this case who are Filing Users of the Electronic Filing System of the United States District Court for the District of Nevada.

/s/   *Judy Estrada*
An Employee of Lewis and Roca LLP

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HERNI THOMPSON, individually; JAMES MILLER, individually;<br><br>                    Plaintiffs,<br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation; Doe Individuals 1 to 10 and Roe Entities 1 to 10;<br><br>                    Defendants. | Case No.: 2:09-cv-00905-JCM-NJK<br><br>**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST HERNI THOMPSON AND HERNI S. THOMPSON AGENCY, INC.** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, AMERICAN FAMILY LIFE INSURANCE COMPANY, and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, Wisconsin mutual insurance companies,<br><br>                    Counterclaimants,<br>vs.<br><br>HERNI THOMPSON, JAMES MILLER, and HERNI S. THOMPSON AGENCY, INC., a Nevada corporation,<br><br>                    Counterdefendants. | |

Based on the stipulation of the American Family Mutual Insurance Company, American Family Life Insurance Company, American Family Standard Insurance Company of Wisconsin (collectively "American Family"), Herni Thompson, and Herni S. Thompson Agency, Inc., and for good cause appearing,

**IT IS ORDERED**:

1.      Herni Thompson and Herni S. Thompson Agency, Inc. are permanently enjoined from using or disclosing American Family's trade secrets and other confidential and proprietary information and documents, including but not limited to American Family policyholder

-1-

1 information;

2. To the extent Herni Thompson or Herni S. Thompson Agency, Inc. have retained any American Family policies, endorsements, policy records, manuals, materials and supplies, including all American Family policyholder information, they shall destroy all such records within ten court days of this order.

3. Judgment is entered in favor of American Family Mutual Insurance Company and against Herni Thompson and Herni S. Thompson Agency, Inc., jointly and severally;

4. American Family Mutual Insurance Company is awarded $453,838.00 in damages against Herni Thompson and Herni S. Thompson Agency, Inc., jointly and severally;

5. American Family Mutual Insurance Company is awarded $22,114,29 in attorneys' fees against Herni Thompson and Herni S. Thompson Agency, Inc., jointly and severally, pursuant to a prior ruling of the Court (Doc. 302);

6. American Family is awarded $131,687 in prejudgment interest against Herni Thompson and Herni S. Thompson Agency, Inc., jointly and severally.

7. The judgment shall bear interest pursuant to 28 U.S.C. § 1961.

8. Each side is to bear their own fees and costs.

9. This order has no effect on Plaintiff/Counterclaim Defendant James Miller.

**Dated:** March 29, 2013.

_____
UNITED STATES DISTRICT JUDGE