1  BRUCE SAMUELS (Ariz. Bar 15996)
2  Admitted *Pro Hac Vice*
   LINDSAY DEMAREE (Nev. Bar 11949)
3  LEWIS AND ROCA LLP
   3993 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada  89169
   (702) 949-8200
5  (702) 949-8398 (fax)
   *Attorneys for Defendant and Counterclaimants*
6
                        UNITED STATES DISTRICT COURT
7                            DISTRICT OF NEVADA

8  HERNI THOMPSON, individually; JAMES          Case No.:  2:09-cv-00905-JCM-NJK
   MILLER, individually;
9
                 Plaintiffs,
10        vs.                                    **STIPULATION FOR ENTRY OF**
                                                 **FINAL JUDGMENT**
11 AMERICAN FAMILY MUTUAL                        **AND**
   INSURANCE COMPANY, a foreign                  **PERMANENT INJUNCTION**
12 corporation; Doe Individuals 1 to 10 and Roe  **AGAINST HERNI THOMPSON AND**
   Entities 1 to 10;                             **HERNI S. THOMPSON AGENCY, INC.**
13
                 Defendants.
14
   AMERICAN FAMILY MUTUAL
15 INSURANCE COMPANY, AMERICAN
   FAMILY LIFE INSURANCE COMPANY,
16 and AMERICAN STANDARD INSURANCE
   COMPANY OF WISCONSIN, Wisconsin
17 mutual insurance companies,

18               Counterclaimants,
         vs.
19
   HERNI THOMPSON, JAMES MILLER, and
20 HERNI S. THOMPSON AGENCY, INC., a
   Nevada corporation,
21
                 Counterdefendants.
22

23        Plaintiff and Counterclaim Defendants Herni Thompson and Herni S. Thompson Agency,

24 Inc., as well as Defendant and Counterclaim Plaintiffs American Family Mutual Insurance

25 Company, American Family Life Insurance Company, and American Standard Insurance

26 Company of Wisconsin (hereinafter collectively referred to as "the Parties"), have reached a

27 settlement.  The settlement includes the entry of a Stipulated Final Judgment and Permanent

28 Injunction, a copy of which is attached hereto as Exhibit A.  The Parties therefore stipulate entry

1    of the attached order, thereby terminating the claims brought by Herni Thompson, and the

2    counterclaims filed against Herni Thompson and Herni S. Thompson Agency, Inc.

3              DATED this 29th day of March, 2012.

4                                                         Respectfully submitted,

5                                                         LEWIS AND ROCA LLP

6                                                         By  */s/Lindsay Demaree*
7                                                              BRUCE SAMUELS (Ariz. Bar 15996)
                                                             Admitted *Pro Hac Vice*
8                                                              LINDSAY DEMAREE (Nev. Bar 11949)
                                                             3993 Howard Hughes Parkway, Suite 600
9                                                            Las Vegas, Nevada  89169
                                                             *Attorneys for Defendant and*
10                                                            *Counterclaimants*

11                                                        HAWKINS, BOLEY & ALDABBAGH

12
                                                         By  */s/R.E. Hawkins*
13                                                             RICHARD E. HAWKINS
                                                             3143 Industrial Road
14                                                            Las Vegas, Nevada 89109
                                                             *Attorneys for Plaintiffs*
15                                                           *and Counterdefendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

3393584.1

1

2

## <u>CERTIFICATE OF SERVICE</u>

3          I hereby certify that I am an employee of Lewis and Roca LLP and that on the 29th day of

4    March, 2013, a true and correct copy of the foregoing was served on the parties to this case

5    through electronic transmission of the Notice of Electronic Filing, which constitutes service of a

6    document on Filing Users under the Court's Electronic Fling Procedures to all parties to this case

7    who are Filing Users of the Electronic Filing System of the United States District Court for the

8    District of Nevada.

9

10                                           /s/     ***Judy Estrada***
                                        An Employee of Lewis and Roca LLP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109

3393584.1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HERNI THOMPSON, individually; JAMES MILLER, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation; Doe Individuals 1 to 10 and Roe Entities 1 to 10;<br><br>Defendants. | Case No.: 2:09-cv-00905-JCM-NJK<br><br>**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST HERNI THOMPSON AND HERNI S. THOMPSON AGENCY, INC.** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, AMERICAN FAMILY LIFE INSURANCE COMPANY, and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, Wisconsin mutual insurance companies,<br><br>Counterclaimants,<br><br>vs.<br><br>HERNI THOMPSON, JAMES MILLER, and HERNI S. THOMPSON AGENCY, INC., a Nevada corporation,<br><br>Counterdefendants. | |

Based on the stipulation of the American Family Mutual Insurance Company, American Family Life Insurance Company, American Family Standard Insurance Company of Wisconsin (collectively "American Family"), Herni Thompson, and Herni S. Thompson Agency, Inc., and for good cause appearing,

**IT IS ORDERED**:

1.      Herni Thompson and Herni S. Thompson Agency, Inc. are permanently enjoined from using or disclosing American Family's trade secrets and other confidential and proprietary information and documents, including but not limited to American Family policyholder

-1-

3314029.1

information;

2.      To the extent Herni Thompson or Herni S. Thompson Agency, Inc. have retained any American Family policies, endorsements, policy records, manuals, materials and supplies, including all American Family policyholder information, they shall destroy all such records within ten court days of this order.

3.      Judgment is entered in favor of American Family Mutual Insurance Company and against Herni Thompson and Herni S. Thompson Agency, Inc., jointly and severally;

4.      American Family Mutual Insurance Company is awarded $453,838.00 in damages against Herni Thompson and Herni S. Thompson Agency, Inc., jointly and severally;

5.      American Family Mutual Insurance Company is awarded $22,114,29 in attorneys' fees against Herni Thompson and Herni S. Thompson Agency, Inc., jointly and severally, pursuant to a prior ruling of the Court (Doc. 302);

6.      American Family is awarded $131,687 in prejudgment interest against Herni Thompson and Herni S. Thompson Agency, Inc., jointly and severally.

7.      The judgment shall bear interest pursuant to 28 U.S.C. § 1961.

8.      Each side is to bear their own fees and costs.

9.      This order has no effect on Plaintiff/Counterclaim Defendant James Miller.

**Dated:** March 29, 2013.

UNITED STATES DISTRICT JUDGE

3314029.1