BRUCE SAMUELS
Arizona Bar No. 15996
Admitted *Pro Hac Vice*
LINDSAY DEMAREE
Nevada Bar No. 11949
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)
bsamuels@lrrlaw.com
ldemaree@lrrlaw.com
*Attorneys for Defendant and Counterclaimants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HERNI THOMPSON, individually; JAMES MILLER, individually;<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a foreign corporation; Doe Individuals 1 to 10 and Roe Entities 1 to 10;<br><br>　　　　　Defendants.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, AMERICAN FAMILY LIFE INSURANCE COMPANY, and AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, Wisconsin mutual insurance companies,<br><br>　　　　　Counterclaimants,<br>　　vs.<br><br>HERNI THOMPSON, JAMES MILLER, and HERNI S. THOMPSON AGENCY, INC., a Nevada corporation,<br><br>　　　　　Counterdefendants. | **Case No.: 2:09-cv-00905-JCM-NJK**<br><br><br><br><br><br><br><br><br>**JUDGMENT AGAINST JAMES MILLER** |

. . .

. . .

. . .

. . .

. . .

Pursuant to the December 18, 2013 order of the Ninth Circuit Court of Appeals granting American Family's motion for fees and costs (doc. 314) and the August 6, 2013 order on mandate (doc. 311),

IT IS ORDERED:

1. American Family Mutual Insurance Company is awarded and shall have and recover the following amounts from James Miller:

    a. $33,929.67 in attorneys' fees;

    b. $2,149.30 in non-taxable costs; and

    c. $89.30 in taxable costs.

2. The judgment shall bear interest pursuant to 28 U.S.C. § 1961.

3. This judgment is in addition to, and has no effect on the judgment entered against James Miller on October 5, 2011. (Doc. 254.)

4. Finding no just reason for delay, the court directs that this judgment be entered against James Miller at this time as a final judgment.

DATED February 11, 2014.

**IT IS SO ORDERED.**

_____
Hon. James C. Mahan
U.S. District Court Judge